UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LLEWELLYN "ANGELO" WILLIAMS,

           Plaintiff,

-against-

THE VILLAGE OF PORT CHESTER, THE VILLAGE OF PORT CHESTER POLICE DEPARTMENT, POLICE OFFICER MUNNELLY, DETECTIVE SUPPA, POLICE OFFICER CHALMERS, POLICE OFFICER ACOCELLA, POLICE OFFICER ALCIVAR, POLICE OFFICER RUBIN, POLICE OFFICER KOLC, and OFFICER JOHN DOE NO. 1,

           Defendants.
------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
08 Civ. 5209 (KMK)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       June 17, 2008

                                   MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
                                   Attorneys for Defendants LEESTHER BROWN, SANDRA BOND, and LORRAINE ROBINSON

                                   By: _____
                                       BRIAN S. SOKOLOFF (bss-7147)
                                   240 Mineola Boulevard
                                   The Esposito Building
                                   Mineola, New York 11501
                                   (516) 741-7676
                                   Our File No. 07-443

TO:   LAW OFFICER OF PATSY D. GOULDBORNE & ASSOCIATES, P.C.
      Attorneys for Plaintiff
      959 East 233rd Street
      Bronx, New York 10466