UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   Docket No.: 08 CV 5209 (KMK)
LLEWELLYN "ANGELO" WILLIAMS,

                                Plaintiff,        **STIPULATION EXTENDING TIME**
-against-                                       **TO ANSWER**

THE VILLAGE OF PORT CHESTER, THE
VILLAGE OF PORT CHESTER POLICE
DEPARTMENT, POLICE OFFICER MUNNELLY,
DETECTIVE SUPPA, POLICE OFFICER
CHALMERS, POLICE OFFICER ACOCELLA,
POLCE OFFICER ALCIVAR, POLICE OFFICER
RUBIN, POLICE OFFICER KOLC AND OFFICER
JOHN DOE NO. 1,
                                Defendants.
------------------------------------------------------------x

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _____

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the respective parties herein, that the defendants, THE VILLAGE OF PORT CHESTER, THE VILLAGE OF PORT CHESTER POLICE DEPARTMENT, POLICE OFFICER MUNNELLY, DETECTIVE SUPPA, POLICE OFFICER CHALMERS, POLICE OFFICER ACOCELLA, POLCE OFFICER ALCIVAR, POLICE OFFICER RUBIN, POLICE OFFICER KOLC's time to appear, answer or move with respect to the Complaint in this action is extended up to and including July 21, 2008.

Dated: Mineola, New York
         June 23, 2008

PATSY D. GOULDBORNE &
ASSOCIATES, P.C.
Attorney for the Plaintiff
959 East 233rd Street
Bronx, New York 10466
(718) 515-7500

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
THE VILLAGE OF PORT CHESTER, THE
VILLAGE OF PORT CHESTER POLICE
DEPARTMENT, POLICE OFFICER
MUNNELLY, DETECTIVE SUPPA,
POLICE OFFICER CHALMERS, POLICE
OFFICER ACOCELLA, POLCE OFFICER
ALCIVAR, POLICE OFFICER RUBIN, and
POLICE OFFICER KOLC
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
File No.: 07-443

By: _____
Richard St. Paul (RS 6388)

By: _____
Brian S. Sokoloff (BS 7147)

SO ORDERED: _____
U.S.D.J.

2